DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARY GRIFFIN WEBER,**
Appellant,

v.

**PATRICK CLARK WEBER,**
Appellee.

No. 4D16-3379

[October 5, 2017]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Paul B. Kanarek, Judge; L.T. Case No. 312012DR1252.

Stephen D. Fromang, Vero Beach, for appellant.

Patrick Clark Weber, Fort Pierce, pro se.

PER CURIAM.

*Affirmed.*

TAYLOR, MAY and KUNTZ, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***